NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| GERALD L. REEVES, | Case No: 2:18-cv-01174-GMN-GWF |
|     Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
|     Defendant. | |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days from March 18, 2019 to April 17, 2019, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

    Defendant respectfully requests this extension of time because of a very heavy workload, including over fifteen district court merits briefs due in the next four weeks, as well as a Ninth Circuit responsive brief to complete.

On March 18, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: March 18, 2019          DALEY DISABILITY LAW, P.C.

By: */s/\* Meredith E. Marcus*
MEREDITH E. MARCUS
\*authorized by email March 18, 2019

Attorney for Plaintiff

Date: March 18, 2019          NICHOLAS A. TRUTANICH
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

**IT IS SO ORDERED.**

DATED this ___10___ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

-2-

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

Meredith E. Marcus
Daley Disability Law, P.C.
601 W. Randolph St., Suite 300
Chicago, IL 60661

Hal Taylor
223 Marsh Avenue
Reno, NV 89509

Date: March 18, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant