Meredith E. Marcus
*PRO HAC VICE Counsel*
Attorney at Law: 6303890 (Illinois)
Daley Disability Law, P.C.
4256 N. Ravenswood Ave., Suite 104
Chicago, Illinois 60613
Tel.: (312) 561-3030
Fax: (312) 284-4773
E-mail: mmarcus@fdaleylaw.com
One of the Attorneys for Plaintiff,
Gerald L. Reeves

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| Gerald L. Reeves, | Case No.: 2:18-cv-01174-GMN-EJY |
| Plaintiff, | |
| vs. | |
| Andrew M. Saul, Commissioner of Social Security, | |
| Defendant. | |

### STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Plaintiff and Defendant, by their respective counsel, stipulate to an award to Plaintiff of attorney fees in the amount of $7,200.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act ("EAJA") in the above case. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case.

The parties request that the order provide that any fees paid belong to Plaintiff — not Plaintiff's attorney — and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). Plaintiff has provided Defendant with a valid assignment of fees. If Defendant can verify that Plaintiff does not owe pre-existing debt subject

to offset, Defendant will direct payment of the award to Plaintiff's attorney pursuant to the EAJA assignment.

WHEREFORE, the parties request that the Court enter an order awarding Plaintiff attorney fees in the sum of $7,200.00 in settlement of any and all claims Plaintiff may have in the matter pursuant to the EAJA.

| | |
|---|---|
| /s/ Meredith E. Marcus<br>Meredith E. Marcus<br>Attorney for Plaintiff<br>Daley Disability Law, P.C.<br>4256 N. Ravenswood Ave., Suite 104<br>Chicago, IL 60613<br>Phone: (312) 561-3030<br>Fax: (312) 284-4773<br>Email: mmarcus@fdaleylaw.com | Nicholas A. Trutanich<br>United States Attorney<br><br>By: /s/ Michael K. Marriott[1]<br>Michael K. Marriott<br>Assistant Regional Counsel<br>Social Security Administration<br>Office of the General Counsel, Region IX<br>160 Spear Street, Suite 800<br>San Francisco, CA 94105<br>Telephone: 415-977-8985<br>Facsimile: 415-744-0134<br>Email: Michael.Marriott@ssa.gov |

---

[1] Signed with permission given by Assistant Regional Counsel on June 26, 2020.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| Gerald L. Reeves, | Case No.: 2:18-cv-01174-GMN-EJY |
| Plaintiff, | |
| vs. | |
| Andrew M. Saul, Commissioner of Social Security, | |
| Defendant. | |

## ORDER

Pursuant to the parties' stipulation, the Court awards Plaintiff attorney fees in the amount of $7,200.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act (EAJA) in this case. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

**IT IS SO ORDERED.**

Dated this   29   day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT