AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Gerald L. Reeves

        Plaintiff,

v.

Kilolo Kijakazi, Acting Commissioner of Social Security,

        Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:18-cv-01174-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

A fee award in the amount of $39,479.00 for work before the Court is to be paid to Frederick J. Daley, Jr. of Daley Disability Law, P.C., from the sums held by the Social Security Commissioner from Plaintiff's past due benefits.

FURTHER ORDERED that Plaintiff Gerald L. Reeves shall be refunded $7,200 for funds previously paid under the Equal Access to Justice Act, which shall be credited against the $39,479.00 awarded in the Court's [41] Order, entered this date.

| | |
|---|---|
| 1/13/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |